# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. CUMMINGS, <br><br> Petitioner, <br><br> v. <br><br> P. SHANKLAND, Warden, <br><br> Respondent. | Case No. CV 14-7017-SJO (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 23, 2015.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE